UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

F FOUR LLC, et al.

_____,  )
      Plaintiff (s),  )
  )
v.  )  Case No. 4:20-cv-00656
  )
ST. LOUIS COUNTY EXECUTIVE, SAM PAGE, et  )
_____,  )
      Defendant(s).  )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now **Plaintiffs** _____ and notifies the court of the intent to use
(Plaintiff or Defendant)

**William Stage**
_____
(name and address of process server)

P.O. Box 4932
_____

St. Louis, MO 63108
_____

To serve: Sam Page, Emily Doucette and Beth Orwick
_____in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

5.18.20
_____      *[signature]*
(date)                   (attorney for Plaintiff)

_____
(attorney for Defendant)